IN THE MATTER OF JAMES F. FULTON, PFRS M/S NO. 100.

January 19, 1971. Petition for certification denied.

BERNARD P. WOJCIK v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY, *ET AL.*

January 19, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. ALBERT RILEY.

January 19, 1971. Petition for certification denied. (See 111 *N. J. Super.* 551).

STATE OF NEW JERSEY v. CONDIDO UBILES.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES O. MC LAUGHLIN.

January 19, 1971. Petition for certification denied.

DOMINIC NIGRO, *ET AL,* v. JAMES A. MUNOZ v. UNITED STATES FIDELITY & GUARANTY COMPANY.

January 19, 1971. Petition for certification denied.